# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0223. EDWARD TYRONE RIDLEY v. COLUMBIAN LIFE, INC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
2021CV031



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, February 13, 2023*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*